## LEGAL NOTICE

**You may be eligible for a payment from a class action settlement if you rented a self-storage unit from Uncle Bob's Self Storage ("Uncle Bob's") in the State of New Jersey between January 1, 2011 and March 9, 2016, or purchased property damage insurance offered by a New Jersey Uncle Bob's store between January 1, 2011 and _____, 2017.**

There is a proposed settlement with Sovran Self Storage, Inc. ("Sovran"), Sovran Acquisition, Limited Partnership ("SALP"), and Uncle Bob's Management LLC ("UBM") (collectively "Defendants" and now known as Life Storage, Inc.) and Bader Company in a class action lawsuit pending in the United States District Court for the District of New Jersey. This Notice is a summary of your rights. For more information, call 1-800-000-0000 or visit www.xxx.com.

### What Is This Lawsuit About?

This lawsuit involves claims that certain documents and property damage insurance that were presented or offered to consumers in connection with the rental of self-storage units violate certain consumer protection laws.

Defendants have denied these allegations and further deny that the case is maintainable as a class action, but, without admitting any liability, have decided to settle the action.

### Who would be Entitled to a Payment under the Proposed Settlement?

You do not need to submit a claim form or any documentation to qualify for a settlement payment if you are a Class Member.  Defendants have already identified all potential Class Members.  All Settlement Class Members will be eligible to receive a settlement payment.

### What Does The Proposed Settlement Provide?

Defendants have agreed to create a $8,000,000 Total Settlement Fund, from which claims of Settlement Class Members, the Plaintiff's Incentive Fee, and Class Counsel's Fees and Expenses will be paid.

You can determine the amount of your Settlement Payment by calling 1-800-000-0000 or visiting www.xxx.com.

3731585

**Who Represents Me?**

The Court has appointed the Lock Law Firm, LLC to represent the Settlement Classes. You won't be charged personally for these lawyers, but they will ask the Court to award them a fee to be paid out of the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**What Are My Legal Rights?**

If you do not want a payment and do not want to be legally bound by the Proposed Settlement, you must exclude yourself in a signed writing postmarked by Month 00, 0000, and sent to the Claims Administrator's address below.

If you do not exclude yourself and you are a Class Member, you will remain in the Settlement Class(es) and are eligible to receive a settlement payment. You do not need to submit a proof of claim form or other documentation to be considered for eligibility for a settlement payment.

You may object to the proposed settlement if you believe that it is unfair, unreasonable or inadequate, but only if you do not exclude yourself. Your written objection must be postmarked by Month 00, 0000, and filed and mailed as set out in the *Notice of Proposed Class Action Settlement* referred to below. You also may request in writing to appear at the Final Approval Hearing.

**Will The Court Approve The Proposed Settlement?**

The Court will hold a Final Approval Hearing at ___ a.m. on Month 00, 0000, before the Honorable Joel Schneider at the United States District Court for the District of New Jersey in Camden. At this hearing the Court will decide whether to approve the Proposed Settlement, including finally approving payment of Settlement Class Counsel's Fees and Expenses and an Incentive Award payment to Juan Castro, Jr.. If objections have been received, the Court will consider them at this time.

**How Do I Obtain Further Information?**

This is only a summary of the Proposed Settlement. For a more detailed *Notice of Proposed Class Action Settlement,* additional information on the proposed settlement, a copy of the Settlement Agreement, and for additional details:

**Call** 1-800-000-0000 toll free; **Visit** www.xxx.com.; or **Write** to the Claims Administrator at Uncle Bob's Settlement, P.O. Box 000, City, ST 00000-0000.

3731585